```
                    IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF OREGON


DAN M. MCCONKEY,                             05-CV-853-ST

                Plaintiff,                   ORDER

v.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

                Defendant.


RICHARD F. MCGINTY
McGinty & Belcher, PC
P.O. Box 12806
Salem, OR 97309
(503) 371-9636

        Attorneys for Plaintiff

KARIN J. IMMERGUT
United States Attorney
NEIL J. EVANS
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1  -  ORDER
```

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAVID M. BLUME**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2212

   Attorneys for Defendant

**BROWN, Judge.**

  Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#16) on April 4, 2006, in which she recommended this Court reverse the Commissioner's decision and remand pursuant to Sentence Four of 42 U.S.C. § 405(g) for the determination and payment of benefits.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

  The Court **ADOPTS** Magistrate Judge Stewart's Findings and

2   -   ORDER

Recommendation (#16). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for the determination and payment of benefits consistent with the findings of this Court.

    IT IS SO ORDERED.

    DATED this 24th day of May, 2006.


                                      /s/ Anna J. Brown

                                      _____
                                      ANNA J. BROWN
                                      United States District Judge