FILED'06 JUN 28 14:24USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DAN M. MCCONKEY,

    Plaintiff,

v.

JO ANNE B. BARNHART,

Commissioner of Social Security,

    Defendant.

CV 05-0853-ST

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $4939.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fee shall be made payable directly to plaintiff's attorney. There are no costs and expenses to be paid herein.

DATED this 28th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff